IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Natale, Salvatore J | Case Number: 04 B 30899 |
|---|---|---|
| | Natale, Mary | Judge: Hollis, Pamela S |
| | Printed: 2/5/08 | Filed: 8/19/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: January 18, 2008
Confirmed: October 18, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 31,161.00 | |
| Secured: | | 11,071.40 |
| Unsecured: | | 15,221.03 |
| Priority: | | 0.00 |
| Administrative: | | 960.00 |
| Trustee Fee: | | 1,511.57 |
| Other Funds: | | 2,397.00 |
| Totals: | 31,161.00 | 31,161.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stuart B Handelman | Administrative | 960.00 | 960.00 |
| 2. | Ford Motor Credit Corporation | Secured | 11,071.40 | 11,071.40 |
| 3. | Discover Financial Services | Unsecured | 727.55 | 1,135.38 |
| 4. | RoundUp Funding LLC | Unsecured | 1,741.99 | 2,718.49 |
| 5. | Resurgent Capital Services | Unsecured | 2,302.04 | 3,592.50 |
| 6. | Resurgent Capital Services | Unsecured | 269.48 | 420.54 |
| 7. | Resurgent Capital Services | Unsecured | 409.34 | 638.79 |
| 8. | Tx Collect Inc | Unsecured | 1,233.06 | 1,924.27 |
| 9. | Resurgent Capital Services | Unsecured | 575.12 | 897.52 |
| 10. | ECast Settlement Corp | Unsecured | 1,286.87 | 2,008.25 |
| 11. | ECast Settlement Corp | Unsecured | 1,064.73 | 1,661.57 |
| 12. | Specialized Management Consultants | Unsecured | 143.36 | 223.72 |
| 13. | CitiMortgage Inc | Secured | | No Claim Filed |
| 14. | Marshall & Ilsley Bank | Secured | | No Claim Filed |
| 15. | Brooks Brothers | Unsecured | | No Claim Filed |
| 16. | Chase Manhattan | Unsecured | | No Claim Filed |
| 17. | Citi Cards | Unsecured | | No Claim Filed |
| 18. | Home Depot | Unsecured | | No Claim Filed |
| 19. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 20. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 21. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 22. | Spiegel | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 21,784.94 | $ 27,252.43 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Natale, Salvatore J<br>Natale, Mary<br>Printed:  2/5/08 | Case Number:  04 B 30899<br>Judge:  Hollis, Pamela S<br>Filed:  8/19/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 363.55 |
| 4% | 95.88 |
| 3% | 47.94 |
| 5.5% | 394.83 |
| 5% | 119.83 |
| 4.8% | 230.68 |
| 5.4% | 258.86 |
| | _____ |
| | $ 1,511.57 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

